1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LUIS M. ROBLES, | ) | Case No.: C 10-04962 PVT |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE; REPORT AND RECOMMENDATION RE APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |
| v. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | **[Docket No. 3]** |

On November 3, 2010, plaintiff Luis M. Robles applied to proceed *in forma pauperis*. The application identifies a monthly net income of $1,655 and monthly expenses totaling approximately $1,500. Having reviewed the application, the court orders that the case be reassigned to a district court judge and recommends that the application be granted in part and for the plaintiff to pay a portion of the $350 filing fee.

Dated:

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*