HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ROBLES, | Case No:  5:10-cv-04962-EJD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Monday, July 11, 2011 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by recent staff changes, as well as the number of cases the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

|  |  |
|---|---|
|  | MELINDA L. HAAG<br>United States Attorney |
| Dated: May 20, 2011 | */s/*<br>CYNTHIA B. DE NARDI<br>Special Assistant U.S. Attorney |
| Dated: May 20, 2011 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>LUIS ROBLES |

IT IS SO ORDERED.

Dated:  May 24, 2011

HON. EDWARD J. DAVILA
United States District Judge

STIPULATION AND ORDER

2